1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0172-JAM |
|---|---|
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
13 | v. | |
14 | JONATHAN SHANE BLAKELEY, | Date: November 19, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |
15 | Defendant. | |

16

17         Plaintiff United States of America, through its respective counsel, and defendant Jonathan Shane

18 Blakeley, through his counsel of record, stipulate that the status conference now set for November 19,

19 2019, be continued to January 14, 2020, at 9:15 a.m.

20         On October 7, 2019, Mr. Blakeley was arraigned on the one-count Indictment. (ECF Nos. 3, 8.)

21 In the weeks following, the government produced an initial set of discovery to the defense that included

22 42 pages of reports and memoranda. In the coming weeks, the government will produce the results from

23 a forensic phone extraction. Defense counsel will require time to review this report, as well as the

24 materials already produced, time to conduct additional investigation, time to research potential defenses

25 and motions, and time to otherwise prepare for trial. In addition, defense counsel is in the process of

26 obtaining court records necessary to advise Mr. Blakeley.

27         Based on the foregoing, the parties stipulate that the status conference currently set for November

28 19, 2019, be continued to January 14, 2020, at 9:15 a.m. The parties further agree that time under the

Speedy Trial Act should be excluded from November 12, 2019[1], up to and including January 14, 2020, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 15, 2019        */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for plaintiff United States*

Dated: November 15, 2019        */s/ THD for Mia T. Crager*
MIA T. CRAGER
Assistant Federal Defender
*Attorney for defendant Jonathan Blakeley*

---

[1] Time under the Speedy Trial Act has been excluded through November 12, 2019, with a status conference having been set for that date. *See* Dkt. No. 8. Due to the Court's unavailability, the Court issued a minute order resetting the status hearing from November 12 to November 19, 2019.

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from November 12, 2019, up to and including January 14, 2020, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the November 19, 2019 status conference be continued until January 14, 2020, at 9:15 a.m.

Dated: November 15, 2019 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge