HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
JONATHAN SHANE BLAKELEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:19-CR-0172-JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | )  Date: January 14, 2020 |
| JONATHAN SHANE BLAKELEY, | )  Time: 9:15 a.m. |
| | )  Judge: Hon. John A. Mendez |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney, through  Assistant United States Attorney Timothy Delgado, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for Jonathan Shane Blakeley, that the status conference, currently scheduled for January 14,

2020, be continued to April 14, 2020 at 9:15 a.m.

The reason for the continuance is that defense counsel requires more time to review

discovery, discuss discovery with her client, and to conduct an investigation.  In addition,

defense counsel is in trial beginning March 2, 2020 that may last 2-3 weeks, and government

counsel is in trial beginning April 6, 2020.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including April 14, 2020;  pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: January 10, 2020

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant

Dated: January 10, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ *Timothy Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 14, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  January 14, 2020 status conference shall be continued until April 14, 2020, at 9:15 a.m.

Dated:  January 10, 2020                                     /s/ John A. Mendez_____
                                                                        HON. JOHN A. MENDEZ
                                                                        United States District Court Judge