PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00172-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| JONATHAN SHANE BLAKELEY, | DATE: July 20, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 20, 2021.

2. By this stipulation, defendant now moves to continue the status conference until **August 31, 2021**, **at 9:30 a.m.**, and to exclude time between July 20, 2021, and August 31, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over five gigabytes of evidence in electronic form, including police reports, bodycamera footage, audio of police radio traffic, forensic cell phone evidence, jails calls, and criminal history documents. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

      b)     Counsel for defendant desires additional time to review the discovery, to consult with her client, discuss potential resolutions with her client, and otherwise prepare for trial.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20, 2021 to August 31, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 15, 2021					PHILLIP A. TALBERT
							Acting United States Attorney

							/s/ ADRIAN T. KINSELLA
							ADRIAN T. KINSELLA
							Assistant United States Attorney

Dated: July 15, 2021					/s/ MIA CRAGER
							MIA CRAGER
							Assistant Federal Public Defender
							Counsel for Defendant
							JONATHAN SHANE
							BLAKELEY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 15, 2021					/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE