PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0172-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JONATHAN SHANE BLAKELEY, | DATE: September 21, 2021
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 21, 2021.

2. By this stipulation, defendant now moves to continue the status conference until October 5, 2021, and to exclude time between September 21, 2021, and October 5, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over five gigabytes of evidence in electronic form, including police reports, bodycamera footage, audio of police radio traffic, forensic cell phone evidence, jails calls, and criminal history documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)   Counsel for defendant desires additional time to review the discovery, to consult with her client, discuss potential resolutions with her client, and otherwise prepare for trial.

c)   Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2021 to October 5, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 18, 2021						PHILLIP A. TALBERT
									Acting United States Attorney


									/s/ ADRIAN T. KINSELLA
									ADRIAN T. KINSELLA
									Assistant United States Attorney


Dated:  September 18, 2021						/s/ MIA CRAGER
									MIA CRAGER
									Assistant Federal Public Defender
									Counsel for Defendant
									JONATHAN SHANE BLAKELEY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of September, 2021.

									/s/ John A. Mendez
									THE HONORABLE JOHN A. MENDEZ
									UNITED STATES DISTRICT COURT JUDGE