UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 24, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SHANE BLAKELEY,<br><br>Defendant. | Case No. 2:19-CR-00172-JAM<br><br>**TEMPORARY**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JONATHAN SHANE BLAKELEY, Case No. 2:19-CR-00172-JAM Charge 18 USC § 922(g)(1), from custody for the following reasons: for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 50,000 (co-signed)

    __X__ Unsecured Appearance Bond _____

_____ Appearance Bond with 10% Deposit

__X__ (Other): Defendant to be released at 8:30 AM on 3/29/2022 to the custody of Federal Defender staff investigator, and remain in her custody until returned to the Sacramento County Jail on 3/29/2022 on or before 5:00 PM.

_____ .

Issued at Sacramento, California on March 24, 2022 at 10:14 a.m.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE